**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**LEROY JOHNSON, JR.**                                        **CIVIL ACTION**

**VERSUS**                                                            **NO. 18-4757**

**SHERIFF JERRY LARPENTER, ET AL.**               **SECTION: "E"(3)**


**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion to dismiss filed by Richard Petie Neal and the Terrebonne Parish Consolidated Government is **GRANTED** and that the claims against those defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the claims against Sheriff Jerry Larpenter and Warden Claude Triche are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

**New Orleans, Louisiana, this 11th day of December, 2018.**

_____
**UNITED STATES DISTRICT JUDGE**